UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ARTHUR KING, | Case No. 2:24-cv-03757-DAD-CSK |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| RUSSELL LEE TARVER, et al., | |
| Defendants. | (ECF No. 2) |

Plaintiff Ted Arthur King proceeds in this action pro se.[1] On February 5, 2025, Plaintiff paid the filing fee. Plaintiff having now paid the filing fee, it is hereby ORDERED that Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED as moot.

Dated:  February 18, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, king2757.24

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1