UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TED ARTHUR KING,

Plaintiff,

v.

RUSSELL LEE TARVER, et al.,

Defendants.

No. 2:24-cv-03757-DAD-CSK (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

(Doc. Nos. 7, 13, 19, 21, 22.)

Plaintiff Ted Arthur King is proceeding *pro se* in this civil action. Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a)(21), the pending motions were referred to the magistrate judge assigned to this case for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

On April 22, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction (Doc. No. 13) be denied and that defendants' motion to dismiss this action without leave to amend (Doc. No. 7) be granted. (Doc. No. 19.) Specifically, the magistrate judge concluded that plaintiff's claims presented in this action constituted a collateral attack on a state court judgment and were therefore barred by application of the *Rooker-Feldman* doctrine, were also barred under the doctrine of *res judicata* due to having been presented in a prior action that was dismissed by this federal court, failed to state a cognizable claim and that defendant's motion to dismiss should therefore be granted. (*Id.*

at 7-18.) The magistrate judge also concluded that in light of the recommendation of dismissal, plaintiff had failed to establish a likelihood of success on the merits of his claims and that his motion for preliminary injunctive relief should therefore be denied.[1] (*Id.* at 18.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 19.) On April 29, 2025, plaintiff timely filed objections to the findings and recommendations along with a request for judicial notice. (Doc. Nos. 20, 21.) In his objections, plaintiff for the most part merely repeated arguments already considered and rejected in the findings and recommendations and also argued that the doctrine of *res judicata* is not applicable here. (Doc. No. 20.) On May 7, 2025, plaintiff filed a second motion for a preliminary injunction (Doc. No. 22), seeking the same injunctive relief as that sought in his first motion for a preliminary injunction (Doc. No. 13). On May 8, 2025, defendants filed a response to plaintiff's objections. (Doc. No. 24.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including all of plaintiff's objections and defendant's response thereto, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 22, 2025 (Doc. No. 19) are adopted in full;

2. Plaintiff's motion for a preliminary injunction (Doc. No. 13) is denied;

/////

/////

/////

/////

---

[1] Although plaintiff's second motion for a preliminary injunction (Doc. No. 22), was filed after the pending findings and recommendations were issued, that second motion seeks the same injunctive relief as was sought by plaintiff in his first motion for a preliminary injunction, (Doc. No. 13), and will be denied for the same reasons.

3. The motion to dismiss filed by defendants Sacramento County and Santiago James Garcia (Doc. No. 7) is granted without prejudice[2] and without leave to amend;

4. The claims against defendants Placer County and Leanne Garcia raised in claim one, subpart A, and against defendants Russell Lee Tarver, Kurt Alan Tarver and Virginia Eileen Tarver raised in claim one, subpart B, are dismissed without prejudice and without leave to amend;

5. The state law claims raised in plaintiff's claims two, three, four and five against defendants Russell Lee Tarver and Kurt Alan Tarver are dismissed;

6. Plaintiff's request for judicial notice (Doc. No. 21) is denied;

7. Plaintiff's motion for a preliminary injunction (Doc. No. 22) is denied; and

8. This action is dismissed and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2025**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

2 In recommending that the dismissal of the complaint in this action be without prejudice and without leave to amend being granted, the magistrate judge stated: "This Court makes clear that while this action should be dismissed without prejudice, it is without prejudice as to the merits, which are open to review in state court to the extent state laws permit such review. [citation omitted]. Plaintiff cannot refile the claims raised in the instant action or in *King v. Tarver II,* case no. 2:23-cv-2206, in this federal district court. [citation omitted]. If plaintiff continues to file federal actions in this district court raising claims challenging the state court judgment against him in *King v. Tarver I,* Placer County case no. S-CV-0042357, and/or the restraining order issued in Sacramento County case no. 20DV01246, plaintiff may be sanctioned." (Doc. No. 19 at 17-18.) The court adopts this reasoning and issues the same directive and guidance to plaintiff.